```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE, et al.,

                Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE, et al.,

                Defendants.

1:23-cv-02090-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that all parties in this action and the related action *Jean-Marie et al v. EAN Holdings, LLC et al.*, Case No. 1:23-cv-05796-MKV are to appear for a status conference on February 13, 2024 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  January 22, 2024**
      **New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**