USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE and VANEL VOLMA,

                Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE, THOMAS LICHIOVERI, EAN HOLDINGS, LLC, and JEAN POLICIA,

                Defendants.

1:23-cv-02090-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court conducted an Initial Pretrial Conference in this action and the related action *Jean-Marie et al. v. EAN Holdings, LLC et al.*, No. 1:23-cv-05796-MKV (the "Related Action") on February 13, 2024. Following the matters discussed at the Conference, IT IS HEREBY ORDERED that:

1. By February 16, 2024, Plaintiffs shall file a stipulation of voluntary dismissal in the Related Action;

2. By February 16, 2024, Plaintiffs shall advise the Court by letter filed to ECF whether Plaintiffs intend to name Defendant EAN Holdings, LLC ("EAN") in the amended complaint in this action;

3. The amended complaint in this action shall be filed by February 29, 2024. The amended complaint shall name the United States of America in place of Defendants United States Postal Service and Thomas Lichioveri;

4. If EAN is named in the amended complaint, EAN's contemplated motion to dismiss shall be filed by March 21, 2024. Plaintiffs' opposition shall

be filed by April 4, 2024.  To the extent a reply is necessary, EAN's reply shall be filed by April 11, 2024.

**SO ORDERED.**

Date:  February 13, 2024
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**