```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE and VANEL VOLMA,

               Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE, THOMAS LICHIOVERI, EAN HOLDINGS, LLC, and JEAN POLICIA,

               Defendants.

1:23-cv-02090-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Status Conference scheduled for April 30, 2024 at 11:30 AM is ADJOURNED to May 14, 2024 at 2:00 PM. One week in advance of the Conference, by May 7, 2024, the parties shall file a joint letter advising the Court of the status of discovery and any pending discovery disputes and the status, but not the substance, of settlement efforts.

    IT IS FURTHER ORDERED that Plaintiffs shall re-file the Stipulation of Voluntary Dismissal in the related action *Jean-Marie et al. v. EAN Holdings, LLC et al.*, No. 1:23-cv-05796-MKV, no later than April 8, 2024. [*See* ECF No. 34].

**SO ORDERED.**

**Date: April 1, 2024**                                             */s/ Mary Kay Vyskocil*
        **New York, NY**                                       **MARY KAY VYSKOCIL**
                                                              **United States District Judge**