USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA JEAN-MARIE and VANEL VOLMA,

                Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE, THOMAS LICHIOVERI, EAN HOLDINGS, LLC, and JEAN POLICIA,

                Defendants.

1:23-cv-02090-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       Plaintiffs, having been notified on April 2, 2024 that the Stipulation of Voluntary Dismissal filed in the related action *Jean-Marie et al. v. EAN Holdings, LLC et al.*, No. 1:23-cv-05796-MKV, was deficiently filed, are once again ORDERED to re-file such Stipulation of Voluntary Dismissal no later than April 12, 2024.

**SO ORDERED.**

**Date: April 11, 2024**
**New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**