UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2024____
```

CLAUDIA JEAN-MARIE, ET AL.,

                    Plaintiffs,

          -v-

UNITED STATES POSTAL SERVICE, ET
AL.,

                    Defendants.

**ORDER**

23-CV-2090 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated February 13, 2024, this case was referred to a Magistrate Judge for settlement. ECF No. 33. On August 27, 2024, the referral was reassigned to me. In the parties' joint status update to the Court, the parties stated that they would contact the Magistrate Judge to schedule a settlement conference once depositions and medical examinations were complete. ECF No. 45.

As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's calendar, settlement conferences generally must be scheduled approximately six weeks in advance. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: December 20, 2024
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge