USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    2/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE and VANEL
VOLMA,

                    Plaintiffs,

        -against-

THE UNITED STATES OF AMERICA and
JEAN POLICIA,

                    Defendants.

1:23-cv-02090-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

The Court previously ordered that any motion for sanctions against Ms. Policia, including

a request for preclusion of defenses and/or crossclaims by either Plaintiffs or crossclaim Defendant

United States shall be filed by February 3, 2025 and that motions for summary judgment shall be

filed on or before February 21, 2025. [ECF No. 59]. The parties were warned that "failure to

comply with this Order or with any order of the Court . . . may result in sanctions, including

monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses,

arguments, or evidence." [ECF No. 59]. Both the United States and Plaintiffs missed the February

3, 2025 deadline. As such, the Court ordered parties to show cause why sanctions should not be

imposed for failing to comply with this Court's order.

Plaintiffs notified the Court that they did no longer intend to move for sanctions and instead

intend to move for summary judgment against Policia. [ECF No. 61]. Defendant and cross-claim

defendant, the United States notified the court that, after the Order to Show Cause, it decided to

move for a sanction of dismissal of the cross-claim filed by Jean Policia and requests a deadline

of February 27, 2025 to file the motion. [ECF No. 62]. Now, one day before summary judgment

motions are due, Plaintiffs' law firm has notified the Court that the lead counsel for Plaintiffs has

left his law firm, Liakas Law, P.C., and Gregory Nahas, who is associated with Liakas Law, P.C. and appears on the docket, *see* [ECF No. 2], requests to "assume representation in his stead" and extend the summary judgment deadline by two weeks. [ECF No. 63].

Both requests are untimely. These late requests are part of a pattern of missed deadlines by the parties in this case. [ECF Nos. 21, 51, 58, 60]. Parties are admonished to review this Court's Individual Rules of Practice and to comply with the orders of this Court.

Accordingly, the United States' request to file a motion for the sanction of dismissal of Ms. Policia's cross-claims is HEREBY DENIED.

IT IS FURTHER ORDERED that the deadline for all parties to move for summary judgment is extended to March 6, 2025. Briefing for any motions will be on the schedule set forth in Local Rule 6.1(b). Parties are directed to consult the Court's Individual Rules of Practice regarding motions for summary judgment.

IT IS FURTHER ORDERED that on or before February 24, 2025, Mr. Nahas must confer with Plaintiffs and advise the Court whether they intend to be represented by him in this case.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Date:  **February 20, 2025**　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　**New York, NY**　　　　　　　　　　　　　　　　**United States District Judge**

2