```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-MARIE, ET AL.,

                Plaintiffs,

-v-

UNITED STATES POSTAL OFFICE, ET AL.,
                Defendants.

**ORDER**

23-CV-2090 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference is scheduled on **April 14, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 294 586 97#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 9, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge